# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00476-CV

### Charles F. Rowsey, III, Appellant

### v.

### David Allbritton and Crystal Allbritton, Appellees

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-GN-06-003082, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Charles F. Rowsey, III has informed this Court that he has settled his dispute with appellees David Allbritton and Crystal Allbritton and that he no longer wishes to pursue this appeal. We therefore grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Appellant's Motion

Filed:   January 17, 2008